# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MELVIA WASHINGTON,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-321-Orl-28DAB**

**SEARS HOLDINGS CORP., JOHANNA HOGAN, JOHN HARGROVE, MARTIN CAULDRON, LENA DHAUPAUL, LOANA WIERDA, SHAUN APPLE**

      **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion for Court Appointed Attorney (Doc. No. 2) filed February 26, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed March 1, 2010 (Doc. No. 4) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. Plaintiff's Motion for Court Appointed Attorney (Doc. No. 2) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 26th day of March, 2010.

/s/ John Antoon II
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party