**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MELVIA WASHINGTON,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-321-Orl-28DAB**

**SEARS ROEBUCK AND CO.,**

       **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion for Permission to Appeal In Forma Pauperis (Doc. No. 186) filed August 15, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of the Objection filed by Plaintiff (Doc. No. 188), the Objection is overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 23, 2011 (Doc. No. 187) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Permission to Appeal In Forma Pauperis (Doc. No. 186) is **DENIED**.

    3.    This Court certifies that the appeal in this case is not taken in good faith.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22nd day of September, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party